TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00188-CV

Austin Construction Steel Company, Inc., Appellant

v.

I. C. W. Group, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 96-14926A, HONORABLE DON G. HUMBLE, JUDGE PRESIDING 

PER CURIAM

 Appellant Austin Construction Steel Company, Inc. has filed an unopposed motion
to dismiss based on the parties' settlement agreement. The court grants the motion and dismisses
this appeal. See Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices Powers and Kidd

Dismissed on Appellant's Unopposed Motion

Filed: November 30, 1998

Do Not Publish